CATHERINE J. FANNING, Respondent, *v.* THE SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent, and HANORA DALTON, Appellant.

*Fanning* v. *Supreme Council, C. M. B. A.*, 84 App. Div. 205, affirmed.
(Argued May 11, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1903, modifying and affirming as modified a judgment

in favor of defendant Dalton entered upon a decision of the court on trial at Special Term.

*Julius M. Mayer* and *Abraham S. Gilbert* for appellant.

*James Kearney* for plaintiff, respondent.

*J. Arthur Corbin* and *John J. Hynes* for defendant, respondent.

Judgment affirmed, with costs to the defendant corporation only, payable out of the fund; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.